### SHERIDAN v. PRESAS.

(Supreme Court, Appellate Term. November 10, 1898.)

APPEAL—REVIEW—QUESTION OF FACT.
  A finding of the trial court on the question of the identity of property in issue, made on evidence which would admit of such a finding, will not be disturbed.

Appeal from municipal court, borough of Manhattan, First district.

Action by Alexander P. Sheridan against Salvador Presas. Judgment for plaintiff, and defendant appeals. Affirmed.

Argued before BEEKMAN, P. J., and GILDERSLEEVE and GIEGERICH, JJ.

Howe & Hummel, for plaintiff.
Olcott, Mestre & Gonzalez, for defendant.

PER CURIAM. The question of the identity of the diamonds received by the plaintiff's assignor with those received by Plaza from Presas was in issue. The trial justice has found against the defendant upon that point. As the evidence was of such a character as to admit of this finding, we cannot say that the judgment was against the weight of evidence.

The judgment should be affirmed, with costs. All concur.